UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA QUARLES,

           Plaintiff,

- against -

NEW YORK CITY HEALTH AND
HOSPITALS, JONATHAN WANGEL, and
ANDREA COHEN,

           Defendants.

**ORDER**

22 Civ. 4553 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Defendants' motion to dismiss (see Dkt. No. 12):

1. Defendants' motion is due on **August 16, 2022**;
2. Plaintiff's opposition brief is due on **September 6, 2022**; and
3. Defendants' reply, if any, is due on **September 13, 2022**.

Dated: New York, New York
       July 25, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge