

# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

| | |
|---|---|
| Frederick K.Brewington | Of Counsel |
| Albert D. Manuel III | Oscar Holt III |
| Leah E. Jackson | Jay D. Umans |
| Cobia M. Powell | |

June 21, 2023

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

      Re:    *Quarles v. NYC Health and Hospitals, et al.*
               Docket No.: CV-22-4553 (PGG)(GWG)

Dear Judge Gardephe:

    As your records will reflect, we are the attorneys representing the Plaintiff in the above referenced matter. We are respectfully requesting a two week extension to sufficiently respond to the Hon. Judge Gorenstein's June 8, 2023 Report and Recommendation. Plaintiff has conferred with Defendants' Counsel and have received their consent.

    We thank the Court for its kind consideration.

                                      Respectfully submitted,
                                      *Cobia M. Powell*
                                      COBIA M. POWELL

cc:    All Attorneys (*via ECF*)
CMP.lvo

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul␣Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: June 23, 2023